# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

GREG BOHANNON,

Defendant.

CASE NO.: 4:19-cr-115

**O R D E R**

This matter is before the Court on Defendant's Motion to Modify Bond. (Doc. 31.) In his motion, Defendant requests permission to travel to Tennessee for his mother's surgery on January 29, 2020. (Id.) Counsel does not state whether the Government consents to or opposes the motion, and the Government has not responded to Defendant's Motion. However, since the motion is requesting travel this week, the Court issues this Order without the benefit of a response from the Government. After careful consideration and for good cause shown, the Court **GRANTS** Defendant's Motion to Modify Bond.

THEREFORE, IT IS HEREBY ORDERED, that the Order Setting Conditions of Release, (doc. 16), for Defendant is hereby modified to provide that Defendant may travel to Knoxville, Tennessee for the time period of January 29, 2020, to January 31, 2020, for his mother's surgery. All other conditions set forth in the Order Setting Conditions of Release shall remain in full force and effect.

**SO ORDERED**, this 27th day of January, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA